**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 13-6910**

CLARENCE DUKES,

                Plaintiff - Appellant,

        v.

RICHARD WILSON, Business Manager,

                Defendant - Appellee.

Appeal from the United States District Court for the Western District of Virginia, at Roanoke.   Norman K. Moon, Senior District Judge.  (7:11-cv-00530-NKM-RSB)

Submitted:  October 28, 2013        Decided:  November 5, 2013

Before WILKINSON, KING, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Clarence Dukes, Appellant Pro Se.  Lara Kate Jacobs Todd, OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Clarence Dukes appeals the district court's orders denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Dukes v. Wilson, No. 7:11-cv-00530-NKM-RSB (W.D. Va. August 28, 2012; May 21, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED